UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62189-CIV-MARRA/MATTHEWMAN

GLORIA TAMAYO *and all others similarly situated under 29 U.S.C. 216(B)* )
)
)
       Plaintiff )
vs. )
)
SPICE RETO-LOUNGE, INC. )
FRANK C. HERNANDEZ )
ARNALDO BATISTA )
)
       Defendants )
_____ )

## ORDER SCHEDULING MEDIATION

    This cause comes before the Court on Plaintiff's Notice of Selection of Mediator. (DE 18). The Mediation Conference in this matter shall be held with Neil Flaxman, Esq. on the 1st day of October 2015 at 10:00 a.m., at Neil Flaxman P.A., Brickell Bayview Centre, 80 SW 8th Street, Suite 3100, Miami, Florida 33130. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

    **DONE AND ORDERED** in chambers in West Palm Beach, Palm Beach County, Florida, this 29th day of December 2014.

                                                     _____
                                                     KENNETH A. MARRA
                                                     United States District Judge

Copies provided to:
All counsel of record