UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62189-CIV-MARRA/MATTHEWMAN

GLORIA TAMAYO and all others similarly
situated under 29 U.S.C. 216(b),

      Plaintiff,

v.

SPICE RESTO-LOUNGE, INC.
FRANK C. HERNANDEZ
ARNALDO BATISTA,

      Defendants,

_____/

## JOINT MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES

**COMES NOW**, the parties hereto by and through their respective undersigned counsel, and respectfully file their Joint Motion to Extend Discovery and Other Deadlines, and would state as follows.

1. This matter is before the Court upon the parties Joint Motion to Extend Discovery and Other Deadlines.

2. As a result of the quirks of the parties and their counsel's respective schedules, including Defendants counsel's surgery in the middle of the process, as well as a delay in Plaintiff's production of documents which has been ordered to be produced today, Plaintiff's deposition has been delayed to the end of the discovery period. The parties have agreed to extend the discovery period an additional forty-five (45) days – which request is made of this Court – to address discovery requests that will arise from the deposition testimony of the Plaintiff.

3. Mediation is scheduled for October 1, 2015 and will remain intact.  Albeit, as a result of the instant request, several other scheduled dates will be impacted. To this end, the parties jointly request that the following scheduled dates as set forth in the Order Setting Trial Date and Discovery Deadlines, et al [DE 15], be changed such that each be pushed back 60 days, specifically the following:

   a. Substantive pre-trial motions;

   b. Calendar Call;

   c. Trial period.

4. The foregoing request is not brought for the purpose of delay, but to allow the parties to properly conclude the discovery process and either resolve the case or go to trial fully prepared therein.

WHEREFORE, Plaintiff and Defendant's jointly pray for this Court's Order extending the deadline in question as set forth herein, as well as any and all other relief deemed necessary and appropriate under the circumstances.


**STRATTON FEINSTEIN & ASSOC., P.A.**
*Attorney for Spice Resto Lounge, Inc., et al*
407 Lincoln Road, Suite 2A
Miami Beach, Florida 33139
Telephone:  (305) 672-7772


By:/s/Brett Feinstein
BRETT FEINSTEIN, ESQ.
Florida Bar No. 953120
Brett@srlawfirm.com

**J.H. ZIDELL, P.A.**
*Attorney for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305) 865-6766


By:/s/ Julia M. Garrett
JULIA M. GARRETT, ESQ.
Florida Bar No. 105151
Jgarrett.jhzidellpa@gmail.com