UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62189-CIV-MARRA

GLORIA TAMAYO and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v

SPICE RESTO-LOUNGE, INC.;
FRANK C. HERNANDEZ;
ARNALDO BATISTA,

    Defendants.
_____/

## MOTION FOR SANCTIONS

COMES NOW, Defendants SPICY RESTO-LOUNGE, INC., FRANK C. HERNANDEZ, individually, and ARNALDO BATISTA, individually, (hereinafter collectively referred to as "Defendants") by and through the undersigned counsel, and respectfully file their Motion for Sanctions, and as grounds would state:

1. This matter is before the Court upon Defendants' Motion for Sanctions pursuant to S.D. Fla. L. R. 16.2(e).

2. On or about December 28, 2014, the parties designated the Mediator in this matter. [DE 18] and established the mediation date in question. [DE 19]

3. Low and behold, at the time of mediation, Plaintiff did not appear for same. [DE 38] Initially, while Defendants waited at the mediation, Plaintiff's attorney indicated that her client was "running late" and requested that the Defendants wait for a half hour or so. During that time, upon information and belief, the mediator met with Plaintiff's attorney regarding Defendants position. Thereafter, and inexplicably, the Mediator

returned and advised Defendants and the undersigned that Plaintiff was not appearing for the mediation. It is unknown what Plaintiff's attorney knew or when she knew for she was present at the mediation.

4. Under the circumstances presented herein, Defendants are entitled to sanctions for Plaintiff outrageous conduct pursuant to S.D. Fla. L. R. 16.2(e). Defendants met with counsel and prepared for two (2) hours earlier in the week and then spent another two and a half hours (2.5) of attorneys fees time at the Mediation and travel. The total time of 4.5 hours billed at a rate of $425.00 an hour leaves $1912.50 which Defendants needlessly incurred. To add insult to injury, Defendants bore the expense of one (1) hour of mediator's time for the aborted mediation, or $375.00.

5. A good faith effort to resolve this matter before filing was made by Defendants counsel to Plaintiff's counsel, but Plaintiff's counsel did not respond to the request for the payments requested herein.

WHEREFORE, Defendants respectfully pray for this Court's Order sanctioning Plaintiff by compelling her to pay Defendants reasonable attorneys fees and costs totaling $1912.50, the mediation fee in the amount of $375.00, as well as any and all other relief deemed necessary and appropriate under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                      Respectfully Submitted,

                                                                      STRATTON FEINSTEIN & ASSOCIATES

                                                                      ___/s/ Brett Feinstein_____
                                                                      BRETT FEINSETIN, ESQ.
                                                                      Florida Bar No. 953120
                                                                      407 Lincoln Road, Suite 2A
                                                                      Miami Beach, Florida 33139
                                                                      Telephone: (305) 672-7772
                                                                      Facsimile: (305) 672-1038
                                                                      Email: brett@srlawfirm.com