UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-CV-62189-KAM

GLORIA TAMAYO and all others similarly
situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SPICE RESTO-LOUNGE, INC., et al.

    Defendants.

_____/

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On September 21, 2015, Defendants moved for leave to file an amended answer and affirmative defenses, and the motion indicated Plaintiff's objection. (DE 37 ¶ 6.) Plaintiff's response to the motion was due by October 8, 2015, but no response has been filed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall **SHOW CAUSE** as to why Defendants' motion should not be granted. Cause must be shown by **Friday, October 23, 2015**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of October, 2015.

_____
KENNETH A. MARRA
United States District Judge