UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62189-CIV-MARRA

GLORIA TAMAYO and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v

SPICE RESTO-LOUNGE, INC.;
FRANK C. HERNANDEZ;
ARNALDO BATISTA,

    Defendants.
_____/

## DEFENDANTS MOTION FOR CONTINUANCE OF TRIAL

**COMES NOW**, Defendants SPICE RESTO-LOUNGE, INC., FRANK C. HERNANDEZ, individually, and ARNALDO BATISTA, individually, (hereinafter collectively referred to as "Defendants") by and through the undersigned counsel, and respectfully file their Motion for Continuance of the Trial scheduled for the period of time commencing March 7, 2016, [DE,36] and as grounds would state:

1. This matter is before the Court upon Defendants' Motion for Continuance of the Trial Period scheduled to commence March 7, 2016.

2. Unexpectedly, and perhaps unfortunately, the undersigned's Law Firm is dissolving which will result in a move from the current offices on or about March 1, 2016. The transition is expected to take several weeks both prior to and during the actual physical move therein. The aforeferenced dissolution was, as stated unexpected.

3. The undersigned does not want to prejudice the Defendants by having to attend to matters at the new Firm – and all of the inherent chaos associated with this transition

– while at the same time preparing for and attending a trial on their behalf. Under the circumstances, a sixty (60) day continuance is requested. The Defendants have consented to same.

4. The undersigned has conferred with opposing counsel who has indicated that she does not oppose the requested continuance therein.

5. The instant Motion is not brought for purposes of delay.

**WHEREFORE**, Defendants respectfully pray for this Court's Order continuing this matter from the trial period scheduled to commence on March 7, 2016 as requested herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

STRATTON FEINSTEIN & ASSOCIATES

___/s/ Brett Feinstein_____ _____
BRETT FEINSETIN, ESQ.
Florida Bar No. 953120
407 Lincoln Road, Suite 2A
Miami Beach, Florida 33139
Telephone: (305) 672-7772
Facsimile: (305) 672-1038
Email: brett@srlawfirm.com