UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62189-CIV-MARRA/MATTHEWMAN

GLORIA TAMAYO and all others similarly
situated under 29 U.S.C. 216(b),

       Plaintiff,

v.

SPICE RESTO-LOUNGE, INC.
FRANK C. HERNANDEZ
ARNALDO BATISTA,

       Defendants,

_____/

**AGREED ORDER ON DEFENDANTS' MOTION FOR**

**CONTINUANCE OF TRIAL**

    **THIS CAUSE,** having come on to be heard on even date upon Defendants' Motion for Continuance of Trial, and after reviewing the file, being made aware of the circumstances of the Motion, being advised of an agreement between the parties, and otherwise being duly advised on the premises, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1.      Defendants' Motion (DE 51) is **GRANTED.**

    2.      The Calendar Call set for March 4, 2016 and the Jury Trial set for March 7, 2016 are both **CONTINUED..**

    3.      The Calendar Call shall be **RESET** for May 13, 2016 with the Jury Trial set for May 16, 2016.

    **DONE** AND **ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of January, 2016.

                        KENNETH A. MARRA
                        United States District Judge