UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62189-CIV-MARRA

GLORIA TAMAYO and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v

SPICE RESTO-LOUNGE, INC.;
FRANK C. HERNANDEZ;
ARNALDO BATISTA,

    Defendants.
_____/

## DEFENDANTS MOTION FOR CONTINUANCE OF TRIAL

**COMES NOW**, Defendants SPICE RESTO-LOUNGE, INC., FRANK C. HERNANDEZ, individually, and ARNALDO BATISTA, individually, (hereinafter collectively referred to as "Defendants") by and through the undersigned counsel, and respectfully file their Motion for Continuance of the Trial scheduled for the period of time commencing May 7, 2016, [DE,36] and as grounds would state:

1. This matter is before the Court upon Defendants' Motion for Continuance of the Trial Period scheduled to commence May 7, 2016.

2. Undersigned counsel learned last evening that he will need surgery on his shoulder as soon as possible with the date of surgery coinciding with the trial period in this matter (May 11, 2016).  The time of recovery could be anywhere from two (2) weeks to six (6) months, although he will be back in the office within a week or two.  Unfortunately, there is no timetable as to when he will be able to drive.  Problematic in the instant case is that the undersigned resides in Miami and the trial is in West

Palm Beach, which complicates his transportation for the period of time in question. The need for surgery was unexpected and impossible to delay at the moment.

3. Under the circumstances, a sixty (60) day continuance is requested. The Defendants have consented to same.

4. The undersigned has conferred with opposing counsel who has indicated that he does not oppose the requested continuance therein.

5. The instant Motion is not brought for purposes of delay.

**WHEREFORE**, Defendants respectfully pray for this Court's Order continuing this matter from the trial period scheduled to commence on March 7, 2016 as requested herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

FEINSTEIN PETERS & GARCIA, P.A.

/s/ Brett Feinstein
BRETT FEINSETIN, ESQ.
Florida Bar No. 953120
407 Lincoln Road, Suite 2A
Miami Beach, Florida 33139
Telephone: (305) 672-7772
Facsimile: (305) 672-1038
Email: brett@srlawfirm.com