UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62189-CIV-MARRA

GLORIA TAMAYO and all other similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SPICE RESTO-LOUNGE, INC., et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on Defendants' Motion for Continuance of Trial (DE 57), which is unopposed. It is hereby **ORDERED AND ADJUDGED** that the motion (DE 57) is **GRANTED**. The trial in this case is **RESET** for the two-week trial period commencing **July 25, 2016**. The calendar call is **RESET** for **July 22, 2016**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of April, 2016.

_____
KENNETH A. MARRA
United States District Judge