UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62189-CIV-MARRA

GLORIA TAMAYO and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v

SPICE RESTO-LOUNGE, INC.;
FRANK C. HERNANDEZ;
ARNALDO BATISTA,

    Defendants.
_____/

**RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STIPULATION, WITNESS AND EXHIBIT LISTS, AND MOTIONS IN LIMINE**

**COMES NOW**, Defendants SPICE RESTO-LOUNGE, INC., FRANK C. HERNANDEZ, individually, and ARNALDO BATISTA, individually, (hereinafter collectively referred to as "Defendants") by and through the undersigned counsel, and respectfully file their Response to Motion for Extension of Time to File Pretrial Stipulation, Witness and Exhibit Lists, and Motions in Limine, [DE,60] and as grounds would state:

1. This matter is before the Court upon Defendants' Response to Motion for Extension of Time to File Pretrial Stipulation, Witness and Exhibit Lists, and Motions in Limine. [DE, 60]

2. The undersigned was out of the office yesterday afternoon and waiting for a response from his clients to the Motion at hand.  Unfortunately, the

confluence of events that occurred, including one Defendant entering into the hospital (similar to that of Plaintiff's new counsel) prohibited same.  In fact, the undersigned still has not heard from said individual Defendant at the time of filing.

3. Defendants absolutely desire to provide courtesies to Plaintiff's counsel as a result of his own hospital stay and do not oppose the extension per se.  Albeit, this leaves them little time to respond to anything that is filed in light of the pressing trial date.  Plaintiff's new counsel of record and the undersigned met for an extended period of time in person on Tuesday morning in order to bring new counsel up to speed on the case.  There was discussion of jointly asking for one (1) months time to conduct a settlement conference, and to allow new counsel to fully inundate himself in the case in an effort to resolve same.  Apparently, Plaintiff rejected this, although the parties have agreed to a rushed second Mediation on July 13, 2016 with a well-respected Mediator. Regardless, and given the question of one of the Defendants availability due to his illness, Defendants believe it would be prudent to roll this matter one (1) month and engage in an actual settlement conference with the Magistrate- as opposed to the aforeferenced Mediator - with a little more time to prepare. The timing of all of the latest events, including the entry of new counsel and his illness thereafter, begs for this matter to be handled in this fashion.  Alas, if the Court deems otherwise, Defendants should be ready to act accordingly, but will need extensions to respond to what will be filed.  To add to this

confusion, the undersigned is scheduled to fly to Austin, Texas in a pending bankruptcy matter shortly after the Mediation in question.

4. The undersigned has conferred with opposing counsel with respect to that requested herein but has heard no response as of yet.

**WHEREFORE**, Defendants request a short rollover of the trial period to engage in a settlement conference and/or any other relief the Court deems necessary.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

FEINSTEIN & PETERS, P.A.

/s/ Brett Feinstein
BRETT FEINSETIN, ESQ.
Florida Bar No. 953120
14 NE 1st Avenue, Suite 1109
Miami, Florida 33132
Telephone: (786) 636-8938
Facsimile: (786) 636-8941
Email: brett@fpmlawfirm.com