UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62189-CIV-MARRA

GLORIA TAMAYO and all other similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SPICE RESTO-LOUNGE, INC., et al.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on Defendants' Response to Motion for Extension of Time (DE 62). The Court granted Plaintiff's motion based on Defendants' stated non-opposition in their response. In their response, Defendants also request a one-month continuance of the trial to allow the parties to engage in a settlement conference conducted by a magistrate. Defendants note that they have not yet obtained Plaintiff's position on this issue. Though Defendants should have raised this issue in a separate motion, at this point it is more economical for Plaintiff to respond to the request, especially given the upcoming trial period. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall respond to Defendants' request by **July 15, 2016**.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of July, 2016.

    KENNETH A. MARRA
    United States District Judge