(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __0:2014 CV 62189__

__Gloria Tamayo__

Plaintiff(s)

v.

__Spice Resto-Lounge, INC__

Defendant(s)

FILED by __PG__ D.C.
JUL 22 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

__Please revise my case__
(TITLE OF DOCUMENT)

I, __Gloria Tamayo__ plaintiff or defendant, in the above styled cause,

Judge Kenneth I have been forced in to signing a settement agreement in my las mediation. The mediator was a personal frend for many years to my attorney and Spice Resto Longe, INC. attorney he tol me to sings (and) the agreement withur my full understanding on the subject and before showing me a recip of any costs, latar found out that the attorny wasts to take 50% of the money from my case and it wasn't until the 20th of July that I was notified againt after signig the agreement I need, Please revise my case

(Rev. 10/2002) General Document

_[blank lined space]_

**Certificate of Service**

I __Gloria Tancufo__, certify that on this date __07-22-16__ a true copy of the foregoing document was mailed to: _____
<br>name(s) and address(es)

By:

_____  _____
Printed or typed name of Filer    Signature of Filer

_____  _____
Florida Bar Number                E-mail address

_____  _____
Phone Number                      Facsimile Number

_____
Street Address

_____
City, State, Zip Code