(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **0:2014cv62189**

**Gloria Tamayo**

Plaintiff(s)

v.

**Spice Restro Lounge**

Defendant(s)

FILED by AM D.C.
JUL 26 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Gloria Tamayo case**
(TITLE OF DOCUMENT)

I, **Gloria Tamayo**, plaintiff or defendant, in the above styled cause, Judge Kenneth A Marra. I know that you read my letter because my attorney called me very angry and berated me, telling me that I have no right to write or send a letter to you. He told me that: you wouldn't believe me and my case isn't important to you so shouldn't waste my time writing to you ever again. I feel discriminated against because he sees me as a lesser person due to the fact that I don't speak or write English well. If i dare to write to you, it's because I know I indeed do have rights and I just want to see justice done according to the law. I have spent 2 years on my case and I don't see the justice. My attorney told me recently that I have to sign everything he tell me to even if I don't agree, stating that it's because he is my attorney and he knows all the laws and rights I have when I know nothing. I just want this case to come to an end, and if you would please point me in the the right direccion

I will follow necessary steps to get to a just closing.

I would like to ask if you would lead me to an attorney that works with the court and whatever aid I'm able to receive I will make sure to use to it's fulles potential in order to end this feud

Thank you
&
God Bless you

Gloriacielos25@hotmail.com
cell 786-320-2590

(Rev. 10/2002) General Document

---

**Certificate of Service**

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
                                                              name(s) and address(es)

By: **Gloria Tamayo**
Printed or typed name of Filer

_____ **[signature]** _____
Signature of Filer

Florida Bar Number

**786 - 320 - 2590**
Phone Number

E-mail address
**Gloriacielos25@hotmail.com**
Facsimile Number

**1245 NE 127Th ST Apt 6**
Street Address

**North Miami FL 33161**
City, State, Zip Code